UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ASHLEY BUDER JONES,

           Plaintiff,

      - against -                                **ORDER**
                                                20-CV-2463 (ALC)(KNF)

EQUIFAX INFORMATION SERVICES LLC,
and CORELOGIC CREDCO, LLC.,

           Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The initial pretrial conference scheduled previously in the above-captioned action for July 30, 2020, shall be held on August 12, 2020, at 10:00 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. This order resolves Docket Entry No. 30.

       Please be advised that a court reporter will attend the conference via telephone.

Dated:  New York, New York                    SO ORDERED:
          July 27, 2020

                                                    *Kevin Nathaniel Fox*
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE

# INITIAL CONFERENCE QUESTIONNAIRE

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:  parties _____ non-parties _____

3. Number of depositions by defendant(s) of: parties _____ non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____ non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____ (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____

**N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

Date:Date:

_____
Signature of *Pro Se* Plaintiff or Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)