UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHLEY BUDER JONES,                          :
                                             :
                Plaintiff,               :        ORDER
                                             :
      -against-                             :        20-CV-2463 (ALC)(KNF)
                                             :
EQUIFAX INFORMATION SERVICES LLC, and        :
CORELOGIC CREDCO, LLC,                       :
                                             :
                Defendants.              :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held with counsel to the respective parties on August 12, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before March 10, 2021;

2. a telephonic status conference will be held with the parties on February 2, 2021, at 2:00 p.m.  The parties shall use dial in number (888) 557-8511 and enter access code 4862532;

3. any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge;

4. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before April 12, 2021; and

5. should the parties determine that a settlement conference or a session with a mediator from the court mediation program should be scheduled, the parties shall advise the Court in a joint writing.

Dated: New York, New York
August 12, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE