UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ASHLEY BUDER JONES,

                Plaintiff,           ORDER

      -against-           20-CV-2463 (ALC)(KNF)

EQUIFAX INFORMATION SERVICES LLC, and
CORELOGIC CREDCO, LLC,

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Court has reviewed the parties' proposed protective order, Docket Entry No.40. Based on that review, the parties are directed to revise paragraph 14 of their proposed protective order so that the text requires a designating party to make an application to the Court to file under seal materials designated confidential, when a designating party makes filings with the court. The sentence in paragraph 14 beginning "To the extent that the Court requires any further act..." is to be deleted from the document; it is vague and ambiguous.

Dated: New York, New York          SO ORDERED:
       September 28, 2020

                                                            _/s/ Kevin Nathaniel Fox_____
                                                            KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE