UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASHLEY BUDER JONES,                                    :
                                                       :
                          Plaintiff,                   :          ORDER
                                                       :
              -against-                                 :          20-CV-2463 (ALC)(KNF)
                                                       :
EQUIFAX INFORMATION SERVICES LLC, and                  :
CORELOGIC CREDCO, LLC,                                 :
                                                       :
                          Defendants.                  :
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


A telephonic conference was held with counsel to the respective parties on February 2, 2021.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    all discovery, of whatever nature, be initiated so as to be completed on or before

      April 26, 2021;

2.    any dispositive motion shall be made in accordance with the Individual Rules of

      Practice of the assigned district judge; and

3     if no dispositive motion is made, the parties shall submit their joint pretrial order

      to the court on or before May 26, 2021.

Dated: New York, New York                      SO ORDERED:
       February2, 2021

                                               _Kevin Nathaniel Fox_____
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE