UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ASHLEY BUDER JONES,                                   :

                Plaintiff,                :

     - against -                                              :         ORDER
                                                                            20-CV-2463 (ALC)(KNF)
EQUIFAX INFORMATION SERVICES, LLC, and
CORELOGIC CREDCO, LLC,

                                                        :
                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The settlement conference scheduled previously for March 18, 2021, at 2:30 p.m., will now be held on March 30, 2021, at 2:30 p.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

       Additionally, at least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York                    SO ORDERED:
          February 19, 2021

                                                                        _____
                                                               KEVIN NATHANIEL FOX
                                                               UNITED STATES MAGISTRATE JUDGE