UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Sept. 3, 2021__
```

ASHLEY BUDER JONES,

                              Plaintiff,

-against-                                      20-CV-2463-ALC-KNF

EQUIFAX INFORMATION SERVICES LLC, ET AL.,

                              Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

        On May 17, 2021, this Court approved the proposed timeline for Plaintiff Ashley Buder Jones and Defendant Equifax Information Services LLC ("Equifax") to file a joint stipulation and proposed order of dismissal by July 12, 2021 (ECF No. 70) based upon those parties' notice of settlement filed on May 14, 2021. ECF No. 69. To date, the Court has not received these submissions.

        Accordingly, Plaintiff Ashley Buder Jones and Defendant Equifax are hereby **ORDERED** to file a joint stipulation and proposed order of dismissal no later than **September 10, 2021**. Alternatively, if Plaintiff and Defendant Equifax no longer intend to settle, they are directed to file a joint status report by that same date indicating how they would like to proceed with this case.

**SO ORDERED.**

Dated:  September 3, 2021
         New York, New York

                                                              _____
                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**